No. 71–655.  CROSBY ET AL. v. UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 71–667.  GROSS ET AL. v. WALSH, TRUSTEE IN BANKRUPTCY, ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 71–669.  UNITED STATES STEEL CORP. v. UNITED STATES; and
No. 71–673.  UNITED STATES v. UNITED STATES STEEL CORP.  C. A. 2d Cir.  Certiorari denied.  Reported below: 445 F. 2d 520.

No. 71–670.  SUNNY HILL FARMS DAIRY CO., INC. v. BUTZ, SECRETARY OF AGRICULTURE.  C. A. 8th Cir.  Certiorari denied.

No. 71–671.  WESTWOOD CHEMICAL, INC. v. OWENS-CORNING FIBERGLAS CORP.  C. A. 6th Cir.  Certiorari denied.

No. 71–676.  COLEMAN v. UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 71–677.  WILCOX v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 71–681.  O'BRIEN v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 71–682.  MICHIGAN v. RANES.  Sup. Ct. Mich.  Certiorari denied.

No. 71–684.  CITY OF COLUMBUS ET AL. v. BOWER ET AL.  Sup. Ct. Ohio.  Certiorari denied.